UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles Leonard Galloway,            Case No. 4:16 cv 853

        Plaintiff

   v.            MEMORANDUM AND ORDER

United States of America,

        Defendant

This matter is before me on the issue of the *pro se* Petitioner's application pursuant to 28 U.S.C. § 2255.

Under the applicable statute, addressing remedies on a motion attacking sentence:

> A prisoner in custody under the sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, *may move the court which imposed the sentence* to vacate, set aside or correct the sentence.

28 U.S.C. § 2255(a). (Emphasis added).

In this case, the petition indicates the conviction being challenged was issued by the United States District Court in the District of Maryland. As the Northern District of Ohio had no role in his conviction, this Court is without jurisdiction to consider his petition.

Accordingly, the petition is dismissed with prejudice.

So Ordered.


                                                                         s/ Jeffrey J. Helmick
                                                                         United States District Judge