UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Charles Leonard Galloway,                          Case No. 4:16-cv-853

             Petitioner,

             v.                                         MEMORANDUM OPINION
                                                 AND ORDER

United States of America,

             Respondent.


       On April 15, 2016, I entered an order dismissing, for lack of jurisdiction, Petitioner Charles Leonard Galloway's motion to vacate or correct his sentence pursuant to 28 U.S.C. § 2255 because the sentence of incarceration Galloway sought to challenge was imposed by the United States District Court for the District of Maryland. (Doc. No. 6). Galloway now has filed a motion for appointment of counsel, (Doc. No. 9), and a second motion to vacate his sentence, (Doc. No. 10). The motion to vacate requests that I "reopen this case." Under § 2255, I still lack jurisdiction because his sentence was not imposed by a judge in the Northern District of Ohio. Therefore, his motion for counsel, (Doc. No. 9), and his motion to vacate, (Doc. No. 10), both are denied.

       So Ordered.

                                                                      s/ Jeffrey J. Helmick
                                                                      United States District Judge